JS-6
O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES T. KING, | Case No. 2:20-cv-00021-JGB (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| FELIPE MARTINEZ, JR., | |
| Respondent. | |

Pursuant to the Order Re: Summary Dismissal of Action,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: January 31, 2020

JESUS G. BERNAL
United States District Judge